```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
               Civil No.: 17cv1469(DSD/DTS)
```

Tyrone E. Powell II,

        Petitioner,

v.                                                             **ORDER**

L. Lariva, Warden,

        Respondent.

    Tyrone E. Powell II, 07428-041, 825 N. Christiana, Chicago, IL 60651, petitioner.

    Bahram Samie, Assistant U.S. Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for respondent.

    This matter is before the court upon the report and recommendation of Magistrate Judge David T. Schultz dated April 13, 2018 (R&R).  The magistrate judge recommended that the court deny Powell's petition for a writ of habeas corpus and dismiss the case with prejudice.  No objections to the R&R have been filed in the time period permitted.  Under these circumstances, the court finds it appropriate to adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 13] is adopted in its entirety;

    2.  The petition for writ of habeas corpus is denied; and

    3.  The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2018

                                                    <u>s/David S. Doty</u>
                                                    David S. Doty, Judge
                                                   United States District Court